## TIFFANY & BOSCO
#### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-25534

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Daniel Caraveo E and Maria Del Carmen Gutierrez<br><br>Debtors.<br>———————————————————<br>The Bank of New York Mellon, as Successor Trustee under NovaStar Mortgage Funding Trust 2005-3<br><br>Movant,<br>vs.<br><br>Daniel Caraveo E and Maria Del Carmen Gutierrez, Debtors; Diane M. Mann, Trustee.<br><br>Respondents. | No. 2:09-bk-21942-SSC<br><br>Chapter 7<br><br>MOVANT'S MOTION TO LIFT THE AUTOMATIC BANKRUPTCY STAY<br><br>RE: Real Property Located at<br>    11602 N. 42nd Dr.<br>    Phoenix, AZ 85029 |

Movant hereby requests an order granting relief from the automatic stay of 11 U.S.C. 362(a), to permit Movant to foreclose the lien of its Deed of Trust on real property owned by Debtors by trustee's sale, judicial foreclosure proceedings or the exercise of the power of sale, and to obtain possession and control of the real property.

This motion is supported by the attached Memorandum of Points and Authorities, which is incorporated herein by this reference.

DATED this 13th day of November, 2009.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

BY /s/ MSB # 010167
Mark S. Bosco
Leonard J. McDonald
Attorney for Movant

## MEMORANDUM OF POINTS AND AUTHORITIES

Daniel Caraveo E and Maria Del Carmen Gutierrez filed a voluntary petition for protection under Chapter 7 of the Bankruptcy Code. Diane M. Mann was appointed trustee of the bankruptcy estate. Debtors have an interest in that certain real property located in Maricopa County, AZ, more particularly described as:

Lot 162, FAIRWOOD UNIT 7, according to Book 193 of Maps, page 16, records of Maricopa County, Arizona.

Debtors executed a Note secured by a Deed of Trust, dated July 25, 2005, recorded in the office of the Maricopa County Recorder's Office. True copies of the Note and Deed of Trust are annexed as Exhibits "A" and "B", respectively, and made a part hereof by this reference. Further, Movant is the assignee of the Deed of Trust. The assignment of record is annexed as Exhibit "C".

Debtors are in default on the obligations to Movant for which the property is security, and payments are due under the Promissory Note from and after September 1, 2009.

Movant is informed and believes and therefore alleges that the Movant and the bankruptcy estate are not adequately protected based upon the Debtors failure to make payments on a timely basis.

Debtors are currently in default and contractually due for September 1, 2009. The current default amount is set forth below:

| | |
|---|---|
| 3 Monthly Payments(s) at $1,111.77 (September 1, 2009 - November 1, 2009) | $3,335.31 |
| Motion for Releif filing fee | $150.00 |
| Attorneys Fees | $800.00 |
| Total | $4,285.31 |

Further, Movant seeks relief for the purpose of foreclosing its Deed of Trust against the Debtor's interest in the real property located at 11602 N. 42nd Dr. Phoenix, AZ. The Movant further seeks relief in order to contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors.

## CONCLUSION

Movant requests that the court enter an order vacating the automatic stay of 11 U.S.C. Section 362(a) as to the debtors, the bankruptcy estate, the property, and Movant; to allow Movant to foreclose the lien of its Deed of Trust or Mortgage; to evict Debtors and/or successors of Debtors; and to obtain ownership, possession and control of the Property.

DATED this 13th day of November, 2009.

TIFFANY & BOSCO, P.A.

By /s/ MSB # 010167
    Mark S. Bosco
    Leonard J. McDonald
    2525 East Camelback Road, Suite 300
    Phoenix, Arizona 85016
    Attorneys for Movant